Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
Daniel B. Levin (SBN 226044)
daniel.levin@mto.com
Juliana M. Yee (SBN 304564)
juliana.yee@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendant ByHeart, Inc.*

Trevor Quirk (SBN 241626)
tmq@qlflaw.com
**QUIRK LAW FIRM, LLP**
877 S Victoria Ave, Suite 111
Ventura, CA 93003
Telephone: (805) 650-7778
Fax: (866) 728-7721

William D. Marler (*Pro Hac Vice* Forthcoming)
bmarler@marlerclark.com
**MARLER CLARK, INC., P.S.**
180 Olympic Drive S.E.
Bainbridge Island, Washington 98110
Telephone: (206) 346-1888
Fax: (206) 346-1989

*Attorneys for Plaintiffs Anthony Barbera
and Thalia Flores, on behalf of A.B. Minor*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARBERA and THALIA FLORES, on behalf of A.B. MINOR,<br><br>Plaintiff,<br><br>vs.<br><br>BYHEART, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-03339-CKD<br><br>**[PROPOSED] ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: November 18, 2025<br>Judge:    Hon. Carolyn K. Delaney |

[PROPOSED] ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT

[Proposed] Order

After considering Plaintiffs' and Defendant's Joint Stipulation to Extend Time to Respond to Complaint, the Court grants the request.  Defendant's deadline to respond to Plaintiffs' Complaint is February 5, 2026.

Dated:  December 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 barb25cv3339.stip.eot

-2-
[PROPOSED] ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT