

# United States District Court
## Eastern District of California

| | |
|---|---|
| Anthony Barbera and Thalia Flores | Case Number: 2:25-CV-03339-DC-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| ByHeart, Inc. and Target Corporation | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

William D. Marler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor

On 10/27/1987 (date), I was admitted to practice and presently in good standing in the Supreme court & all courts of the State of WA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 01/23/2026          Signature of Applicant: /s/ William D. Marler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William D. Marler |
| Law Firm Name: | Marler Clark, Inc. PS |
| Address: | 180 Olympic Drive SE. |
| City: | Bainbridge Island        State: WA    Zip: 98110 |
| Phone Number w/Area Code: | (206) 346-1888 |
| City and State of Residence: | Bainbridge Island, Washington |
| Primary E-mail Address: | bmarler@marlerclark.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trevor Quirk |
| Law Firm Name: | Quirk Law Firm, LLP |
| Address: | 877 S Victoria Ave, Suite 111 |
| City: | Ventura        State: CA    Zip: 93003 |
| Phone Number w/Area Code: | (806) 650-7778        Bar # 241626 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    January 30, 2026

Dena Coggins
United States District Judge