UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3178

**This Document Relates To:**

*Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor v. ByHeart, Inc. and Target Corp.*, No. 1:26-cv-02902-AS

*Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor v. ByHeart, Inc. and Target Corp.*, No. 1:26-cv-02899-AS

Case No.: 1:26-md-03178-AS

Hon. Arun Subramanian

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Rory F. Collins of Faegre Drinker Biddle & Reath LLP

hereby enters his appearance on behalf of Target Corporation.

Dated:  April 15, 2026

*s/ Rory F. Collins*

Rory F. Collins (NY Bar. No. 5549670)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
rory.collins@faegredrinker.com

*Attorney for Defendant Target Corporation*