UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>MDL No. 3178<br><br>**This Document Relates To:**<br><br>*Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor v. ByHeart, Inc. and Target Corp.*, No. 1:26-cv-02902-AS<br><br>*Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor v. ByHeart, Inc. and Target Corp.*, No. 1:26-cv-02899-AS | Case No.: 1:26-md-03178-AS<br><br>Hon. Arun Subramanian<br><br>**DESIGNATION OF LEAD TRIAL COUNSEL** |

Pursuant to this Court's Individual Practices, Defendant Target Corporation designates Sarah L. Brew, a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, as Lead Trial Counsel in the above-captioned matter.

Dated: April 15, 2026

Respectfully submitted,

/s/ *Rory F. Collins*
Sarah L. Brew (Lead Trial Counsel, *pro hac vice* forthcoming)
Alyssa A. Rebensdorf (*pro hac vice* forthcoming)
Rory F. Collins (NY Bar. No. 5549670)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street, Suite 2200
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
rory.collins@faegredrinker.com
sarah.brew@faegredrinker.com
alyssa.rebensdorf@faegredrinker.com

1